**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BARBARBA GRAZIOLI,** *individually and on behalf of all other similarly situated,*<br><br>v.<br><br>**FIVE BELOW, INC.** | **CIVIL ACTION**<br><br>**NO. 26-4322** |

| | |
|---|---|
| **TYASIA JOHNS,** *individually and on behalf of all other similarly situated,*<br><br>v.<br><br>**FIVE BELOW, INC.** | **CIVIL ACTION**<br><br>**NO. 26-4954** |

**ORDER RE: PRETRIAL CONFERENCE SCHEDULED FOR SEPTEMBER 15, 2026**

AND NOW this 18th day of August, 2026, it is ORDERED as follows:

The Pretrial Conference presently scheduled in these matters for September 15, 2026 at 10:00 a.m. in Courtroom 3A will now be held via an unrecorded teleconference on the same date and time. The counsel for Plaintiff Grazioli will initiate this teleconference (or arrange a dial-in conference number) and when all counsel in both matters are on the line, they will then join Chambers on to the call (Chambers ph: 267-299-7520).

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 26\26-4322 Grazioli v Five Below\26cv4322 and 26cv4954 order changing pretrial conf to teleconference.docx